Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SHANE ELIOT AMAGO MELBO,<br><br>          Defendant. | No.  6:07-mj-63-WMW<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice for Citations P0621838 and P0621839, and in accordance with 18 U.S.C. § 3607. On April 6, 2007, MELBO was arrested and charged with four violations on citation. On August 14, 2007, MELBO plead guilty to three of the citations: P0621837 – possession of weapon in violation of state law; P0621838 – misappropriation of property; and P0621839 – minor in possession of alcohol. A fourth count was dismissed. Citations P0621838 (misappropriation) and P0621839 (minor in possession) were entered as Deferred Entry of Judgment pleas.

MELBO was required to pay a total fine of $850 for all three counts and to obey all laws. MELBO has complied with those terms.

Dated:  December 10, 2013          NATIONAL PARK SERVICE

       /S/ Matthew McNease_____
Matthew McNease
Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *U.S. v. Shane Eliot Amago Melbo*, 6:07-mj-063-WMW, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   December 10, 2013          /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE